**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
Isabel Rose Masanque (SBN 292673)
isabelm@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (415) 534-1911
Fax: (888) 422-5191

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW KLEIN on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TALKIATRY MANAGEMENT SERVICES, LLC, a Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No: 3:25-cv-06870-MMC<br><br>**~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Having reviewed the record and the grounds set forth in Counsel's motion, the Court finds that good cause exists under Civil Local Rule 11-5 and California Rule of Professional Conduct 1.16 to permit withdrawal. Counsel has demonstrated a material breakdown in the attorney-client relationship, including Plaintiff's lack of responsiveness and failure to provide authority necessary to continue litigating or resolve this action

The Court further finds that Plaintiff has been provided reasonable notice of Counsel's intent to withdraw and adequate opportunity to obtain substitute counsel. Withdrawal at this stage will not unduly prejudice Defendant, harm the administration of justice, or materially delay resolution of the case.

Accordingly, the Motion to Withdraw is **GRANTED**, on the condition that papers may continue to be served on said Counsel for forwarding purposes unless and until plaintiff appears by other counsel or pro se. (See Civil. L.R. 11-5(b).)

Plaintiff Andrew Klein is **ORDERED** to either appear by substitute counsel at the Status Conference on May 15, 2026, at 10:30 a.m., or appear in person at the Status Conference on May 15, 2026, at 10:30 a.m.

If Plaintiff elects to proceed pro se, Plaintiff must file and maintain a current address for service and comply with all applicable Federal Rules of Civil Procedure and Civil Local Rules.

Failure to comply with this Order may result in appropriate sanctions, including dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 10, 2026

HON. MAXINE M. CHESNEY
United States District Judge