United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW KLEIN,

Plaintiff,

v.

TALKIATRY MANAGEMENT SERVICES, LLC,

Defendant.

Case No. 25-cv-06870-MMC

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

By order filed April 10, 2026, the Court granted Potter Handy, LLP's motion to withdraw as counsel for plaintiff Andrew Klein ("Klein"), set a case management conference for May 15, 2026, and ordered Klein to appear, either by substitute counsel or in person, at the case management conference.

On May 15, 2026, Klein failed to appear at the case management conference. Counsel for defendant Talkiatry Management Services, LLC, appeared.

Accordingly, Klein is hereby ORDERED TO SHOW CAUSE in writing, no later than June 5, 2026, why the above-titled action should not be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.[1]

**IT IS SO ORDERED.**

Dated: May 15, 2026

MAXINE M. CHESNEY
United States District Judge

[1] Klein's response to the instant order shall be mailed to the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco CA 94102.