United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW KLEIN,

Plaintiff,

v.

TALKIATRY MANAGEMENT SERVICES, LLC,

Defendant.

Case No. 25-cv-06870-MMC

**ORDER DISMISSING ACTION**

By order filed May 15, 2026, plaintiff was ordered to show cause, in writing and no later than June 5, 2026, why the above-titled action should not be dismissed for failure to prosecute. Plaintiff has not filed a response to the Court's order.

Accordingly, for the reasons stated in the Court's order of May 15, 2026, the instant action is hereby DISMISSED, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 9, 2026

MAXINE M. CHESNEY
United States District Judge